**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SAF-T-GARD INTERNATIONAL, INC., | ) | |
| Plaintiff, | ) | Court No.: 1:11-cv-5413 |
| | ) | |
| vs. | ) | Judge: Elaine Bucklo |
| | ) | |
| AMERICAN ASIA EXPRESS CORP., | ) | Magistrate: Morton Denlow |
| Defendant. | ) | |

**NOTICE OF FILING**

To:     Keogh Law, Ltd.
        c/o Timothy Sostrin
        101 N. Wacker Drive, Ste. 605
        Chicago, Illinois 60606

        PLEASE TAKE NOTICE that on March 29, 2012, the attached **Defendant's Response to Plaintiff's First Set of Interrogatories and Requests for Production of Documents** was filed on behalf of the Defendant, AMERICAN ASIA EXPRESS CORPORATION, a copy of said filing having been filed today with the ECF system for the Northern District of Illinois.

                                        Respectfully Submitted,

                                        s/ Martin M. Cagin

MARTIN M. CAGIN, ARDC No. 6284524
Attorney for Defendant
1464 S. Michigan Avenue, #1102
Chicago, Illinois 60605
(312) 912-1222

**CERTIFICATE OF SERVICE**

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure the undersigned certifies that a copy of this Notice and the attached Motion were served on each person to whom it is addressed by one of the following:

_XXX_ Electronically filing the foregoing notice via the Northern District Court of Illinois' CM/ECF system on March 29, 2012.

                                        s/ Martin M. Cagin