## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SAF-T-GARD INTERNATIONAL, INC, | ) | |
| | ) | |
| Plaintiff, | ) | Honorable Elaine Bucklo |
| | ) | |
| v. | ) | Magistrate Morton Denlow |
| | ) | |
| AMERICAN ASIA EXPRESS CORP., | ) | 11-cv-5413 |
| | ) | |
| Defendant. | ) | |

_____

### STIPULATION OF DISMISSAL

Plaintiff Saf-T-Gard International, Inc. ("Saf-T-Gard") and Defendant American Asia Express Corp. ("AAE"), by their respective counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that:

1. Saf-T-Gard's claims against AAE are dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

2. The putative class claims are dismissed without prejudice, and without costs or notice.

Respectfully submitted,

Date: November 5, 2012      /s/ Timothy J. Sostrin
Keogh Law, Ltd.
101 North Wacker Drive, Suite 605
Chicago, IL 60606
Telephone: 312-726-1092
Fax: 312-726-1093
E-Mail: tsostrin@keoghlaw.com
*Counsel for Saf-T-Gard*

Respectfully submitted,

By: /s/ Jared S. Kosoglad (by permission)

>Jared S. Kosoglad, P.C.
>118 S. Clinton, Ste. 200
>Chicago, IL 60661
>Telephone: 312-413-6000
>Email: jared@jaredlaw.com
>*Counsel for AAE*

## **Ceritificate of Service**

I hereby certify that on November 5, 2012, I served the following Stipulation via U.S. mail and email upon the following:

Jared S. Kosoglad, P.C.
118 S. Clinton, Ste. 200
Chicago, IL 60661
Email: jared@jaredlaw.com

>/s/ Timothy J. Sostrin