# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Saf–T–Gard International, Inc.

                                                Plaintiff,

v.                                                                                   Case No.: 1:11–cv–05413
                                                                                            Honorable Elaine E. Bucklo

American Asia Express Corporation

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 7, 2012:

      MINUTE entry before Honorable Elaine E. Bucklo: Pursuant to stipulation, this case is dismissed with prejudice and without costs and attorneys' fees. The putative class claims are dismissed without prejudice and without costs or notice. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.